IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ROBERT K. HUDNALL,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-22-CV-36-KC |
| | § | |
| **STATE OF TEXAS, et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court sua sponte considered the above-captioned case. Upon due consideration, the Court hereby **REFERS** the case to Magistrate Judge Robert F. Castaneda pursuant to 28 U.S.C. § 636(b) to hear all pre-trial matters.

**SO ORDERED.**

SIGNED this 1st day of March, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE