

7020 1810 0001 9928 1135

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com®*.**

OFFICIAL USE

Certified Mail Fee
$ 3·3·22

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____          Postmark
☐ Certified Mail Restricted Delivery $ _____          Here
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Post:
$

Sent To        Robert K. Hudnall
               5823 N. Meds, #839
Street and     El Paso, TX 79912
               3:22-cv-00036-KC-RFC Doc.19 (dt)
City, State,

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions