United States District Court
Western District of Texas
El Paso
**Deficiency Notice**

| | |
|---|---|
| To: | Trujillo, David Jr |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, March 8, 2022 |
| Re: | 03:22-CV-00036-KC / Doc # 26 / Filed On: 03/08/2022 10:57 AM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Document not legible or improperly scanned.
  Remarks: Document submitted by Mr. Hudnall has pages that are not fully legible specifically pages 10 and pages 16-20. Also the e-mail address that is listed on his Certificate of Service for Defts Ramirez and Smith do not match their attorney's email address. E-Mail address is also incorrect for Defendant City of El Paso. Please re-file document with corrected changes