IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROBERT K. HUDNALL | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 3:22-CV-00036-KC |
| | § | |
| STATE OF TEXAS, CITY OF EL PASO, | § | |
| TEXAS, JUDGE SERGIO ENRIQUEZ, | § | |
| ALEJANDRO C. RAMIREZ, TYRONE | § | |
| SMITH dba SMITH AND RAMIREZ | § | |
| RESTORARION LLC, GUY BLUFF, | § | |
| THE AMERICAN ARBITRATION | § | |
| ASSOCIATION, AND EVANSTON | § | |
| INSURANCE COMPANY | § | |

## ENTRY OF APPEARANCE AS ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Victor I. Martinez, Assistant City Attorney, and files this entry of appearance the City of El Paso, Texas in the above-styled and numbered cause. Victor I. Martinez is admitted or otherwise authorized to practice in this court, for all purposes and respectfully requests that he be included in all further notices, pleadings, correspondence, communications, and file documents served upon the City of El Paso.

                                                Respectfully Submitted,

                                                **KARLA M. NIEMAN**
                                                City Attorney
                                                State Bar No. 24048542
                                                P.O. Box 1890
                                                El Paso, Texas 79950-1890
                                                Tel: (915) 212-0033
                                                Fax: (915) 212-0034

Date: August 15, 2022                    By: */s/ Victor I. Martinez/*
                                                **Victor I. Martinez**
                                                Assistant City Attorney
                                                State Bar No. 00797016
                                                Martinezvi@elpasotexas.gov

Attorney for Defendant<br>
the City of El Paso, Texas

## CERTIFICATE OF SERVICE

I hereby certify that on this 15 day of August _____, 2022, a true and correct copy of the foregoing Entry of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to:

Edward L. Marshall
caddocket@oag.texas.gov

Scott M. Graydon
Scot.graydon@oag.texas.gov

James Allen Martinez
eservice@jmeplaw.com

Raymond D. Martinez
raymond@martinezlawyers.com

Stephen Andrew Melendi
stephenm@tbmmlaw.com

Franklin M. Kennedy
frankk@tbmlaw.com

Robert Kenneth Hudnall
5823 N. Mesa, #839
El Paso, Texas 79912

_/s/ Victor I. Martinez_
Victor I. Martinez