# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| ROBERT K. HUDNALL, <br>     Plaintiff, <br><br> v. <br><br> STATE OF TEXAS; CITY OF EL PASO; JUDGE SERGIO ENRIQUEZ; ALEJANDRO C. RAMIREZ; TYRONE SMITH d/b/a SMITH AND RAMIREZ RESTORATION LLC; GUY BLUFF; AMERICAN ARBITRATION ASSOCIATION; and EVANSTON INSURANCE COMPANY, <br>     Defendants. | CAUSE NO. EP-22-CV-36-KC-RFC |

## **ORDER**

On this day, the Court sua sponte considered the above-captioned case. Pursuant to United States District Judge Kathleen Cardone's Standing Order on Pretrial Deadlines, the parties are required to confer for the purposes described in Federal Rule of Civil Procedure 26(f) within forty-five days after the appearance of a defendant. On January 26, 2022, a Notice of Removal was filed in this case. (ECF No. 1.) More than forty-five days have passed since that appearance, and the Court has received no notice of the parties' meeting. Accordingly, the Court hereby **ORDERS** the parties to meet, confer, and submit a joint report of parties' planning meeting as specified in Judge Cardone's Standing Order on Pretrial Deadlines no later than **September 14, 2022.**

    **SO ORDERED.**

    **SIGNED** this 31st day of August, 2022.

                                              **ROBERT F. CASTAÑEDA**
                                              **UNITED STATES MAGISTRATE JUDGE**