IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ROBERT K. HUDNALL,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | |
| STATE OF TEXAS; CITY OF EL PASO; JUDGE SERGIO ENRIQUEZ; ALEJANDRO C. RAMIREZ; TYRONE SMITH d/b/a SMITH AND RAMIREZ RESTORATION LLC; GUY BLUFF; AMERICAN ARBITRATION ASSOCIATION; and EVANSTON INSURANCE COMPANY,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. EP-22-CV-36-KC-RFC |

## SCHEDULING ORDER

The parties have submitted a "Joint Report of Rule 26(f) Parties' Planning Meeting" ("Report"). (ECF No. 57.) The Report is hereby **ADOPTED** in part and the Court orders the following deadlines:

| | |
|---|---|
| Plaintiff's Deadline to File Motions to Join Additional Parties and Amend the Pleadings: | November 21, 2022 |
| Defendants' Deadline to File Motions to Join Additional Parties and Amend the Pleadings: | November 21, 2022 |
| Plaintiff's Deadline to Designate Experts: | January 23, 2023 |
| Defendants' Deadline to Designate Experts: | February 23, 2023 |
| Discovery Deadline: | March 21, 2023 |
| Dispositive Motions Deadline: | April 21, 2023 |
| Trial: | September 8, 2023 |

1

**IT IS FURTHER ORDERED** that the parties' proposed deadlines relating to specific discovery deadlines (i.e., depositions of experts, etc.) set forth in the Report are hereby adopted to the extent they are consistent with the deadlines above. To the extent they are inconsistent, the parties are ordered to meet, confer, and arrange new deadlines consistent with the deadlines above.

**IT IS FURTHER ORDERED** that the parties shall participate in and complete a formal dispute resolution process by no later than April 21, 2023.

**IT IS FURTHER ORDERED** that the parties shall provide the Court with written notice listing the name and address of the dispute resolution provider and the date of the scheduled dispute resolution proceeding by no later than January 23, 2023.

**IT IS FURTHER ORDERED** that the parties submit to the Court a written report pursuant to Rule CV-88 of the Local Court Rules of the outcome of the alternative dispute resolution procedure ordered herein not later than three days after the conclusions of such procedure.

**SIGNED** this 28th day of September, 2022.

_____
**ROBERT F. CASTAÑEDA**
**UNITED STATES MAGISTRATE JUDGE**